UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN FIELDS,

    Plaintiff,

v.                                                     Case No: 8:16-cv-2144-T-27TBM

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. 12). Upon consideration, this case is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 14th day of December, 2016.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record